# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-9002-1
Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9
Acres:  24.263

**Being** a 24.263 acre tract (1,056,892 sq ft) parcel of land, more or less, being out of a calculated 37.158 acres, in lots 7,10,11,13 and 14 of Block 36 Capisallo District Subdivision in Hidalgo County, Texas conveyed to Hidalgo & Cameron County Water Control & Improvement District No. 9, Instrument No. 1929-3140062. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker CR-01-2019, having the following NAD83 (2011) Grid Coordinates N=16556075.16, E=1194422.63; Thence S 66°58'56" W a distance of 10753.80 feet to a found 3-1/2" Aluminum Monument stamped RGV-WSL-8005-3=8000-2-4, designated as RGV-WSL-8000-3-1=9000-1 at the Southeast corner of the United States of America proposed acquisition tract, RGV-WSL-8000-2 and on the South line of the Hidalgo & Cameron County Water Control & Improvement District No. 9 tract, Instrument No. 1929-3140062 and on the North line of the Neuhaus & Sons Tract 2, Document No. 2008-1885890, for the **Point of Commencement,** and the **Point of Beginning,** having the following coordinates: N=16551870.25, E=1184525.01.

**Thence:** N 12°53'38" W along the South line of the Hidalgo & Cameron County Water Control & Improvement District No. 9 tract, Instrument No. 1929-3140062 and on the East line of the United States of America proposed acquisition tract, RGV-WSL-8000-2, departing said I.B.W.C. line, crossing the center of the levee road at 25 feet, departing the levee easement, Volume 389, Page 385-387 at 54.39 feet, to an existing 8 foot wide gravel road, a distance of 81.75 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-2 for angle, said point being the Northeast corner of the United States of America proposed acquisition tract, RGV-WSL-8000-2;

**Thence:** S 77°20'06" W along the South line of the Hidalgo & Cameron County Water Control & Improvement District No. 9 tract, Instrument No.1929-3140062 and the North line of the United States of America proposed acquisition tract, RGV-WSL-8000-2, along said gravel road, a distance of 495.06 feet to a found aluminum monument stamped RGV-WSL- 8000-2-2, designated as RGV-WSL-8000-3-3 for angle, said point being the Southwest corner of the Hidalgo & Cameron County Water Control & Improvement District No. 9 tract, Instrument No. 1929-3140062 and on the East line of the United States of America proposed acquisition tract, RGV-WSL-8007;

### SCHEDULE C, cont.

**Thence:** N 12°50'17" W along the East line of the United States of America proposed acquisition tract, RGV-WSL-8007 and the West line of the Hidalgo & Cameron County Water Control & Improvement District No. 9 tract, Instrument No.1929-3140062, departing said gravel road, a distance of 84.03 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-4 for angle, said point being on the Northern boundary of the parcel herein described;

**Thence:** N 76°52'41" E departing said property line, along said Northern boundary, a distance of 350.22 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-4A for a Point on Line;

**Thence:** N 76°52'41" E along said Northern boundary, a distance of 350.22 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-4B for a Point on Line;

**Thence:** N 76°52'41" E along said Northern boundary, a distance of 350.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-5 for angle;

**Thence:** N 55°28'45" E along said Northern boundary, a distance of 282.50 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-6 for angle;

**Thence:** N 34°04'49" E along said Northern boundary, a distance of 485.70 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-6A for a Point on Line;

**Thence:** N 34°04'49" E along said Northern boundary, a distance of 485.70 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-6B for a Point on Line;

**Thence:** N 34°04'49" E along said Northern boundary, a distance of 485.69 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-7 for angle;

**Thence:** N 46°24'34" E along said Northern boundary, a distance of 285.70 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-8 for angle;

**Thence:** N 58°44'20" E along said Northern boundary, a distance of 477.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-8A for a Point on Line;

## SCHEDULE C, cont.

**Thence:** N 58°44'20" E along said Northern boundary, a distance of 477.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-8B for a Point on Line;

**Thence:** N 58°44'20" E along said Northern boundary, a distance of 477.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-8C for a Point on Line;

**Thence:** N 58°44'20" E along said Northern boundary, a distance of 477.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-8D for a Point on Line;

**Thence:** N 58°44'20" E along said Northern boundary, a distance of 477.48 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-9 for angle;

**Thence:** N 38°51'00" E along said Northern boundary, a distance of 251.94 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-10 for angle;

**Thence:** N 18°57'40" E along said Northern boundary, a distance of 292.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-11 for angle;

**Thence:** N 54°49'46" E along said Northern boundary, crossing the center of an existing 8 foot wide gravel road at 144 feet, a distance of 152.64 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-12 for angle;

**Thence:** N 88°40'45" E along said Northern boundary, crossing the center of an existing 10 foot wide dirt road at 32 feet, a distance of 66.99 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-13=9001-5 for angle, said point being on the East line of the Hidalgo & Cameron County Water Control & Improvement District No. 9 tract, Instrument No. 1929-3140062 and on the West line of the United States of America tract, RGV-MER-5000;

**Thence:** S 17°13'14" W departing said Northern boundary, along said property line, entering the levee easement, Volume 391, Page 629-631 at 68.98 feet, crossing the center of the levee road at 131 feet, a distance of 267.15 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-13A=9001-4A for a Point on Line;

**SCHEDULE C, cont.**

**Thence:** S 17°13'14" W along said property line, a distance of 267.15 feet to a found aluminum cap stamped "2010" designated as RGV-WSL-8000-3-14=9001-4 for angle;

**Thence:** S 40°32'00" W along said property line, a distance of 270.56 feet to a found aluminum cap stamped "2010" designated as RGV-WSL-8000-3-15=9001-3 for angle;

**Thence:** S 58°47'33" W along said property line, a distance of 488.08 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-15A=9001-2A for a Point on Line;

**Thence:** S 58°47'33" W along said property line, crossing the center of an existing 15 foot wide gravel road at 479 feet, a distance of 488.08 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-16=9000-7=9001-2 for angle at the Northwest corner of the United States of America RGV-MER-5000 tract, Doc. No. 2012-2276582 and the Northeast corner of the Neuhaus and Sons tract, Doc. No. 2008-1885890;

**Thence:** S 59°07'46" W along said Neuhaus and Sons property line, a distance of 491.64 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-16A=9000-6B for a Point on Line;

**Thence:** S 59°07'46" W along said property line, a distance of 491.64 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-16B=9000-6A for a Point on Line;

**Thence:** S 59°07'46" W along said property line, a distance of 491.64 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-17=9000-6 for angle;

**Thence:** S 41°26'47" W along said property line, a distance of 261.95 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-18=9000-5 for angle;

**Thence:** S 33°30'17" W along said property line, a distance of 444.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-18A=9000-4B for a Point on Line;

**Thence:** S 33°30'17" W along said property line, a distance of 444.77 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-18B=9000-4A for a Point on Line;

**SCHEDULE C, cont.**

**Thence:** S 33°30'17" W along said property line, a distance of 444.77 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-19=9000-4 for angle;

**Thence:** S 51°29'47" W along said property line, a distance of 304.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-20=9000-3 for angle;

**Thence:** S 71°03'47" W along said property line, a distance of 258.93 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-WSL-8000-3-21=9000-2 for angle;

**Thence:** S 77°08'49" W along said property line, a distance of 427.43 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D, cont.



## SCHEDULE D, cont.



## SCHEDULE D, cont.



**SCHEDULE D, cont.**



## SCHEDULE D, cont.



**SCHEDULE D, cont**



## SCHEDULE D, cont



## SCHEDULE D, cont



## SCHEDULE D, cont



**LEGEND:**

| Symbol | Description | Symbol | Description | Symbol | Description |
|---|---|---|---|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) | | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | | PROPOSED ACQUISITION AREA |
| ◆ | SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED) | | UNDERGROUND FIBER OPTIC LINE | | EDGE OF VEGETATING (TYPE NOTED) |
| △ | CONTROL POINT | CB | CATCH BASIN | ▽ | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | ACQUISITION BOUNDARY | | STORM GRATE | H.C.C.H. | (FOUND) HIDALGO COUNTY COURTHOUSE |
| | EASEMENT LINE | | STORM SEWER VALVE | H.C.C.M. | (FOUND) HIDALGO COUNTY CAD MAP |
| | PROPERTY LINE | | STORM MANHOLE | C.C.C.H. | (FOUND) CAMERON COUNTY COURTHOUSE |
| | EXISTING WALL | | STORM SEWER | W/ | WITH |
| | LEVEE CENTERLINE | | CULVERT | UNK. | UNKNOWN |
| | LEVEE TOP BANK | | HEADWALL AND WINGWALL | ALUM. | ALUMINUM |
| | LEVEE TOE | | TOP OF DITCH | CONC. | CONCRETE |
| | EDGE OF ROAD (TYPE NOTED) | | BOTTOM OF DITCH | CULV. | CULVERT |
| | SAVE AND EXCEPT AREA | | EDGE OF WATER | POC | POINT OF COMMENCEMENT |
| | EDGE OF SIDEWALK | | WATER PUMP | POB | POINT OF BEGINNING |
| | BUILDING OUTLINE (SEE LABEL) | | MONITORING WELL | PG. | PAGE |
| | FENCE (TYPE NOTED) | | WATER VALVE | VOL. | VOLUME |
| | EDGE OF STRUCTURE (SEE LABEL) | | WATER METER | FIP | FOUND IRON PIPE |
| | BRIDGE OUTLINE | | HYDRANT | FIR | FOUND IRON ROD |
| | OVERHEAD ELECTRICAL LINE | | WATER EXTINGUISHER/FAUCET/SPICKET | 1STFR | 1 STORY FRAME HOUSE |
| | UNDERGROUND ELECTRICAL LINE | | WATER MANHOLE | 2STFR | 2 STORY FRAME HOUSE |
| | LIGHT POLE | | WATER LINE | 1STBR | 1 STORY BRICK HOUSE |
| ☐ | UTILITY POLE | LS | LIFT STATION | 2STBR | 2 STORY BRICK HOUSE |
| ○ | GUY END | PS | PUMP STATION | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | GUY POLE | SCO | SEWER CLEAN OUT | 2STCB | 2 STORY COMMERCIAL BUILDING |
| | JUNCTION BOX | S | SEWER MANHOLE | 1STSB | 1 STORY STORE BUILDING |
| E | ELECTRICAL MANHOLE | SWP | SEWER WATER PUMP | 2STSB | 2 STORY STORE BUILDING |
| M | ELECTRICAL METER | SV | SANITARY SEWER VAULT | SHDWF | SHED WOOD-FRAME |
| | ELECTRICAL PULL BOX | | SANITARY SEWER LINE | SHDBR | SHED BRICK |
| ☒ | TRANSMISSION TOWER | | GAS TANK | CLF | CHAIN LINK FENCE |
| S | SUBSTATION | | GAS VALVE | WF | WOODEN FENCE |
| T | ELECTRICAL TRANSFORMER | | GAS METER | SBF | STONE OR BRICK FENCE |
| | COMMUNICATIONS/TELEPHONE MANHOLE | | GAS LINE MARKER | BWF | BARBED WIRE FENCE |
| | COMMUNICATIONS/TELEPHONE JUNCTION BOX/PEDESTAL | | GAS VAULT | GAT | GATE |
| | | | GAS LINE | CEM | CEMETERY OUT/BOUND |
| | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | | DOCKS / DECKS/ PIERS | HDSTN | HEAD STONE |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 1.0000229915 (E.G. GRID X 1.0000229915 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 29, 2019 (TICKET NO. 1971056824).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 29, 2019 (TICKET NO. 592133143).

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|
| 15 OF 16 | HIDALGO & CAMERON COUNTY WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 TRACT NO. RGV-WSL-9002-1 HIDALGO COUNTY          TEXAS | CHECKED BY: / SURVEY DATE: / PLOT DATE: / SHEET SIZE: ANSI-A | | | | |  EMC, Inc. SPECIALISTS IN SURVEYING & MAPPING |  BORDER WALL TASK ORDER: 003 CONTRACT NO.: W91286-15-D-0012 |  US Army Corps of Engineers |

EMC, INC. PROJECT NO.: 19036

**SCHEDULE D, cont**

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-WSL-8000-3-1=9000-1 | 16551870.25 | 1184525.01 |
| RGV-WSL-8000-3-2 | 16551949.93 | 1184506.77 |
| RGV-WSL-8000-3-3 | 16551841.39 | 1184023.75 |
| RGV-WSL-8000-3-4 | 16551923.32 | 1184005.08 |
| RGV-WSL-8000-3-4A | 16552002.83 | 1184346.16 |
| RGV-WSL-8000-3-4B | 16552082.33 | 1184687.24 |
| RGV-WSL-8000-3-5 | 16552161.84 | 1185028.30 |
| RGV-WSL-8000-3-6 | 16552321.93 | 1185261.06 |
| RGV-WSL-8000-3-6A | 16552724.21 | 1185533.22 |
| RGV-WSL-8000-3-6B | 16553126.50 | 1185805.38 |
| RGV-WSL-8000-3-7 | 16553528.77 | 1186077.54 |
| RGV-WSL-8000-3-8 | 16553725.76 | 1186284.48 |
| RGV-WSL-8000-3-8A | 16553973.54 | 1186692.61 |
| RGV-WSL-8000-3-8B | 16554221.31 | 1187100.75 |
| RGV-WSL-8000-3-8C | 16554469.08 | 1187508.89 |
| RGV-WSL-8000-3-8D | 16554716.86 | 1187917.03 |
| RGV-WSL-8000-3-9 | 16554964.64 | 1188325.18 |
| RGV-WSL-8000-3-10 | 16555160.85 | 1188483.22 |
| RGV-WSL-8000-3-11 | 16555437.05 | 1188578.11 |
| RGV-WSL-8000-3-12 | 16555524.97 | 1188702.89 |
| RGV-WSL-8000-3-13=9001-5 | 16555526.52 | 1188769.86 |
| RGV-WSL-8000-3-13A=9001-4A | 16555271.34 | 1188690.77 |
| RGV-WSL-8000-3-14=9001-4 | 16555016.17 | 1188611.68 |
| RGV-WSL-8000-3-15=9001-3 | 16554810.54 | 1188435.85 |
| RGV-WSL-8000-3-15A-9001-2A | 16554557.65 | 1188018.40 |
| RGV-WSL-8000-3-16=9000-7=9001-2 | 16554304.76 | 1187600.95 |
| RGV-WSL-8000-3-16A=9000-6B | 16554052.49 | 1187178.96 |
| RGV-WSL-8000-3-16B=9000-6A | 16553800.23 | 1186756.97 |
| RGV-WSL-8000-3-17=9000-6 | 16553547.98 | 1186334.98 |
| RGV-WSL-8000-3-18=9000-5 | 16553351.63 | 1186161.60 |
| RGV-WSL-8000-3-18A=9000-4B | 16552980.75 | 1185916.07 |
| RGV-WSL-8000-3-18B=9000-4A | 16552609.88 | 1185670.56 |
| RGV-WSL-8000-3-19=9000-4 | 16552239.01 | 1185425.04 |
| RGV-WSL-8000-3-20=9000-3 | 16552049.36 | 1185186.65 |
| RGV-WSL-8000-3-21=9000-2 | 16551965.33 | 1184941.73 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY | | MARK | DESCRIPTION | DATE | APPR. | | US Army Corps of Engineers |
|---|---|---|---|---|---|---|---|---|---|
| 16 OF 16 | HIDALGO & CAMERON COUNTY WATER CONTROL & IMPROVEMENT DISTRICT NO. 9 TRACT NO. RGV-WSL-9002-1 HIDALGO COUNTY          TEXAS | CHECKED BY WBG 9/18 SURVEY DATE: 9/18 PLOT DATE: 9/18 SHEET SIZE: ANSI-A | | | | | | EMC, Inc. BORDER WALL TASK ORDER: 003 CONTRACT NO.: W9126F-19-D-0012 | |

EMC, INC. PROJECT NO.: 19036

Tract:  RGV-WSL-9002-1
Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9
Acreage:  24.263

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:    RGV-WSL-9002-1
Owner:  Hidalgo and Cameron Counties Water Control and Improvement District No. 9
Acres:  24.263


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to Hidalgo and Cameron Counties Irrigation District No. Nine ("HCCID9"), its successors and assigns, reasonable access to and from the Project Area as identified and described in that certain Memorandum of Agreement executed by and among U.S. Customs and Border Protection on March 9, 2020, HCCID9 on March 19, 2020, and the International Boundary and Water Commission on March 17, 2020 and March 18, 2020 (the "MOA"), for the purposes of performing HCCID9's Maintenance Obligations described and set forth in the MOA.

Excepting and excluding the canal within the property taken and all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED

THIRTY-ONE THOUSAND, TWO HUNDRED AND EIGHTY-FOUR DOLLARS AND

NO/100 CENTS ($131,284.00), to be deposited herewith in the Registry of the Court for

the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Hidalgo and Cameron Counties Water Control and Improvement District No. 9, a political subdivision of the State of Texas**<br>Post Office Box 237<br>Mercedes, Texas 78570 | **RGV-WSL-9002-1**<br>Deed dated December 30, 1929, recorded December 31, 1929, in Volume 314, Page 62, Document No. 3140062, Official Records of Hidalgo County, Texas |